IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Criminal Action No. 98cr172

UNITED STATES OF AMERICA,

        Plaintiff,

vs.


CIARAN REDMOND,

        Defendant.
_____

## ORDER
_____


THIS MATTER came on for hearing on January 26, 2006 on Defendant's Motion to Modify Conditions of Supervised Release [Doc. # 39].  The Court heard argument and testimony about the motion and set the matter over for the purpose of gaining more information regarding the situation raised by Defendant.

It is, therefore, ORDERED that the hearing on Defendant's motion is continued to **3:00 p.m. on Wednesday, February 1, 2006 in the U.S. District Court Courtroom, 212 North Wahsatch Avenue, Colorado Springs, Colorado.**

It is further ORDERED that the U.S. Probation Office shall provide a report to the Colorado Springs chambers of the Court by 12:00 p.m. on January 31, 2006 regarding the issue of food provided to defendants assigned to Independence House by the U.S. District Court.

It is further ORDERED that Probation Officer John Marshall shall be present at the

February 1st hearing.

DATED at Denver, Colorado, this 27th day of January, 2006.

BY THE COURT:

s/ Daniel B. Sparr

Daniel B. Sparr
Senior United States District Judge