# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00172-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CIARAN REDMOND,

    Defendant.

---

## ORDER REINSTATING SUPERVISED RELEASE

---

    THIS MATTER is before the Court on report of the probation officer following a supervised release violation hearing. The defendant was found guilty of violations 2, 3, 4 and 5 as set forth in the Supervised Release Violation Report, and the Court finds that the alleged violation of association with felons has not been proven. Accordingly, it is

    ORDERED that the defendant be reinstated on supervision, and the terms and conditions of supervision remain in full force and effect.

    FURTHER ORDERED that the case shall remain with this Court.

    DATED at Denver, Colorado, this 22nd day of September, 2006.

    BY THE COURT:

    RICHARD P. MATSCH
    Senior United States District Court Judge