# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation Supervised Release) |
|---|---|
| v. | Case Number: 98-cr-00172-DBS-01 |
| | USM Number: 28137-013 |
| CIARAN REDMOND | Anthony Viorst, Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty of violation 6 after denial of guilt.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Use of Alcohol | 11/19/06 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 1, 2, 3, 4, and 5 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 7, 2007
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Richard P. Matsch, Senior U.S. District Judge
Name & Title of Judge

February 12, 2007
Date

DEFENDANT: CIARAN REDMOND
CASE NUMBER: 98-cr-00172-DBS-01

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court makes the following recommendations to the Bureau of Prisons: The court recommends that the defendant receive credit for 77 days spent in custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal